UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:23-cv-24759-RKA

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**STELLA MCCARTNEY AMERICA, INC.**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal documents.

DATED:  January 24, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By   *s/ Roderick V. Hannah* | By   *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**MORRISON COHEN LLP**
Attorneys for Defendant
909 Third Avenue
New York, NY 10022
Telephone: 212/735-8600
Email: mmadrigal@morrisoncohen.com
　　　autodocket@morrisoncohen.com
　　　fhperkins@morrisoncohen.com


By   /s/ Melissa Madrigal
　　　MELISSA MADRIGAL, ESQ.
　　　Fla. Bar No. 93241