UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24759-ALTMAN/Sanchez

**ENRIQUE ALVEAR**,

    *Plaintiff*,

*v.*

**STELLA MCCARTNEY AMERICA, INC.**,

    *Defendant*.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Stipulation of Dismissal [ECF No. 21] pursuant to FED. R. CIV. P 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record